[No. 23166–9–I. Division One. May 29, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. SANDRA J. ENTZ, *Defendant,* RENA SKILTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–01675–1, Patricia H. Aitken, J., entered

November 2, 1988. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Winsor and Forrest, JJ.